UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 19-06825-AB (JPRx) | Date: | September 27, 2019 |
|---|---|---|---|

| Title: | Enrique Quiles v. The Terminix International Company Limited Partnership et al |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Justin Silverman | Jenny Choi |

**Proceedings:** 1) PLAINTIFF'S MOTION FOR REMAND AND REQUEST FOR ATTORNEY FEES AND SANCTIONS IN THE AMOUNT OF $15,400 PLUS COSTS [10];

2) DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO DISMISS, OR IN THE ALTERNATIVE, STAY LITIGATION PENDING ARBITRATION [11]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.

00 : 15

CV-90 (12/02)  CIVIL MINUTES - GENERAL  Initials of Deputy Clerk CB